UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND | Civil Action No.: |
| Plaintiffs | October 6, 2015 |
| VS. | |
| TITTARELLI, INC. | |
| Defendant | |

## COMPLAINT

### PARTIES

1. Plaintiffs are duly appointed Trustees of the Connecticut Laborers' Health Fund, which is an employee welfare plan established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization

representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3).  Said Plan has a regular place of business and office at 435 Captain Thomas Boulevard, West Haven, Connecticut  06516.

2. Plaintiffs are duly appointed Trustees of the Connecticut Laborers' Pension Fund, which is an employee pension benefit plan established pursuant to and in accordance with the requirements of Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3).  Said Plan has a regular place of business and office at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

3. Plaintiffs are duly appointed Trustees of the New England Laborers' Training Trust Fund, which is an employee benefit plan established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3).  Said Plan

has a regular place of business at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

    4.    Plaintiffs are duly appointed Trustees of the Connecticut Laborers' Legal Services Fund, which is an employee benefit plan established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3).  Said Plan has a regular place of business at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

    5.    Plaintiffs are duly appointed Trustees of the Connecticut Laborers' Annuity Fund, which is an employee benefit plan established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3).  Said Plan has a regular place of business at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

6. Plaintiffs are duly appointed Trustees of the New England Laborers' Labor-Management Trust Fund, also known as New England Laborers' and Employees Education Trust Fund, a labor-management committee established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186. Said Plan has a regular place of business at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

7. Plaintiffs are duly appointed Trustees of the New England Laborers' Health and Safety Fund, which is an employee benefit plan established pursuant to and in accordance with Section 302 of the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. Section 186, and is an employee benefit plan established and maintained by employers engaged in commerce and by an employee organization representing employees engaged in commerce and in industry and activity affecting commerce within the meaning of 29 U.S.C. Section 1002(1), (2) and (3). Said Plan has a regular place of business at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

8. The Plaintiffs bring this action in their capacity as Trustees of the Connecticut Laborers' Health Fund, Connecticut Laborers' Pension Fund, New England Laborers' Training Trust Fund, Connecticut Laborers' Legal Services Fund, Connecticut Laborers' Annuity Fund, New England Laborers' Labor-Management Trust Fund, New England Laborers' Health and Safety Fund (hereinafter "Funds"), respectively, having been duly authorized to institute and maintain the above-

captioned action by the respective Boards of Trustees of the Funds of which they are members, pursuant to the Agreements and Declarations of Trust of each Fund.

9. Defendant Tittarelli, Inc. (hereinafter "Tittarelli") is a Connecticut contractor with an address located at 51 Cedar Crest Lane, Suffield, CT 06078. Tittarelli transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION

10. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

11. Tittarelli entered into a Collective Bargaining Agreement with the Laborers' International Union of North America establishing the terms and conditions of employment for laborers employed by Tittarelli.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

12. Pursuant to the Collective Bargaining Agreement, Tittarelli is required to pay to the Funds certain sums of money for each hour worked by employees of Tittarelli covered by the Collective Bargaining Agreement.

13. Pursuant to said Collective Bargaining Agreement, Tittarelli agreed to be bound to and comply with the terms and conditions of each Trust Agreement and policies adopted by the Trustees.

14. The Funds' Audit, Collection and Delinquency Policy authorizes audits of signatory employers.

15. The auditor for the Connecticut Laborers' Funds conducted a payroll audit of Tittarelli for the time period of January 2012 through March 2014.

16. The audit disclosed contributions in the amount of *$9,869.65* and audit costs of *$1,152.88* totaling *$11,022.53*.

17. Tittarelli made a partial payment of *$1,186.45*, but failed to pay the balance of the contributions disclosed in the audit in the amount of *$9,836.08*.

18. Pursuant to 29 U.S.C. 1132(g)(2), the Defendant, Tittarelli, is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

**WHEREFORE, Plaintiff Funds pray for judgment as follows:**

A. In the amount of **$9,836.08** for payment of the audit, liquidated damages provided by the Plan, interest in the amount of twelve percent (12%) per annum, pursuant to the Trust Agreements, on the amount due from the date of the delinquency until the date of payments, costs and reasonable attorney's fees, pursuant to 29 U.S.C. Section 1132(g)(2) and 28 U.S.C. Section 1961.

B. Ordering Defendant Tittarelli, Inc. to make payment to the respective Plaintiffs for the unpaid contributions, an amount equal to the greater of (1) interest on the unpaid contributions, or (2) liquidated damages provided for in the Plan, reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g).

C. For such further relief as the Court may deem appropriate.

**DATED** at East Hartford, Connecticut, this 6th day of October 2015.

ATTORNEY FOR PLAINTIFFS,

By: _____
Brendan L. Hughes, Esq. (ct29675)
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail : bhughes@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 6th day of October 2015 on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn:   Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn:  Assistant Solicitor for Plan
            Benefits Security**

ATTORNEY FOR PLAINTIFFS,

By: _____
Brendan L. Hughes, Esq. (ct29675)
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com